United States District Court
Southern District of Texas

**ENTERED**

May 28, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JOE RICHARD HERNANDEZ, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:25-CV-00074 |
| | § | |
| VCSO VICTORIA COUNTY SHERIFF | § | |
| OFFICE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Order and Memorandum and Recommendation ("M&R"). (D.E. 15). The M&R recommends that the Court retain and dismiss Plaintiff's claims, (D.E. 5), as follows:

- Retain Plaintiff's municipal liability claim against Victoria County with respect to its alleged policy or custom that restricts or denies inmates access to mental health treatment;
- Dismiss with prejudice Plaintiff's Fourteenth Amendment due process claims (episodic-acts-or-omissions claims) seeking compensatory damages against Officers Williams and Baylor in their individual capacities as frivolous or for failure to state a claim for relief;
- Dismiss with prejudice Plaintiff's Fourteenth Amendment deliberate indifference claim (conditions-of-confinement claim) seeking compensatory damages against Sheriff Marr in his individual capacity as frivolous or for failure to state a claim for relief;
- Dismiss with prejudice Plaintiff's Fourteenth Amendment deliberate indifference claims (episodic-acts-or-omissions claims) against Officers Williams and Baylor in their individual capacities as frivolous or for failure to state a claim for relief; and
- Dismiss without prejudice Plaintiff's claims against Sheriff Marr, Officer Williams, and Officer Baylor in their official capacities.

(D.E. 15, p. 1–2).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only

determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 15). Accordingly, the Court:

- **RETAINS** Plaintiff's municipal liability claim against Victoria County with respect to its alleged policy or custom that restricts or denies inmates access to mental health treatment;
- **DISMISSES with prejudice** Plaintiff's Fourteenth Amendment due process claims (episodic-acts-or-omissions claims) seeking compensatory damages against Officers Williams and Baylor in their individual capacities as frivolous or for failure to state a claim for relief;
- **DISMISSES with prejudice** Plaintiff's Fourteenth Amendment deliberate indifference claim (conditions-of-confinement claim) seeking compensatory damages against Sheriff Marr in his individual capacity as frivolous or for failure to state a claim for relief;
- **DISMISSES with prejudice** Plaintiff's Fourteenth Amendment deliberate indifference claims (episodic-acts-or-omissions claims) against Officers Williams and Baylor in their individual capacities as frivolous or for failure to state a claim for relief; and
- **DISMISSES without prejudice** Plaintiff's claims against Sheriff Marr, Officer Williams, and Officer Baylor in their official capacities.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
May 27th, 2026

2 / 2